GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
RICHARD J. MCPALMER, SBN 244962
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
        TNicoud@gibsondunn.com
        RBrass@gibsondunn.com
        RJustice@gibsondunn.com
        RMcpalmer@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.
AND ALEXANDER & BALDWIN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MATSON NAVIGATION COMPANY, INC., et al.<br><br>        Defendants<br>------------------------------------------------------ | Case No. 08-cv-02402 VRW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| TJ GOMES TRUCKING CO., INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MATSON NAVIGATION COMPANY, INC., et al.<br><br>        Defendants. | Case No. 08-cv-03597 JL |

1      TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 3-12, Defendants Matson

3 Navigation Company, Inc. and Alexander & Baldwin, Inc., hereby give notice that the following

4 two cases are related within the meaning of Civ. L.R. 3-12:

5      ●    *Robert H. Steinberg, et al. v. Matson Navigation Company, Inc., Alexander &*

6 *Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines LLC*, 08-cv-02402-VRW ("*Steinberg*"); and

7      ●    *TJ Gomes Trucking Co., Inc., et al.. v. Matson Navigation Company, Inc.,*

8 *Alexander & Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines, LLC,* 08-cv-03597-JL ("*TJ*

9 *Gomes*").

10      *Steinberg* is a civil action currently pending in the Northern District of California before

11 the Honorable Vaughn R. Walker.  *TJ Gomes* is a civil action currently pending in the Northern

12 District of California before the Honorable James Larson.  *Steinberg* was filed prior to *TJ Gomes*

13 and, as such, is assigned the lower case number.

14      This Administrative Motion is made pursuant to Local Rule 3-12(a), which provides that

15 actions are related when:

16      (1)    The actions concern substantially the same parties, property, transaction or event;

17 and

18      (2)    It appears likely that there will be an unduly burdensome duplication of labor and

19 expense or conflicting results if the cases are conducted before different judges.

20      *Steinberg* and *TJ Gomes* are related within the meaning of Civ. L.R. 3-12.  Both cases

21 involve allegations of violations of antitrust statutes in connection with ocean shipping services.

22 Specifically, both actions allege that the Matson and Horizon defendants agreed, combined, or

23 conspired with each other to fix, raise, maintain and/or stabilize prices of noncontiguous domestic

24 ocean shipping and/or to allocate markets and/or customers for those services in the United States.

25 Plaintiffs in both actions name the same defendants.  At least three other, similar matters have

26 been assigned or reassigned to Judge Walker.[1]

27

28      [1]    Those matters are: *Acutron, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02600-VRW; *50th State Distributors, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02603-

1    The factual and legal matters presented in *Steinberg* and *TJ Gomes* will be largely

2  identical.  Whereas assignment to separate judges will create an unduly burdensome duplication of

3  labor, generate unneeded expense, and may lead to conflicting results, assignment to a single

4  judge will conserve judicial resources and lead to more efficient determination of all the actions.[2]

5    Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. respectfully

6  request that the *TJ Gomes* action be related to the *Steinberg* action.[3]

7  Dated:  July 30, 2008                                    GIBSON, DUNN & CRUTCHER LLP

8

9                                    _____/s/_____
                                     RACHEL S. BRASS
                                     GIBSON, DUNN & CRUTCHER LLP
10                                   One Montgomery Street, Suite 3100
                                     San Francisco, CA 94104
11                                   Telephone:    (415) 393-8200
                                     Facsimile:    (415) 986-5309
12
                                     *Counsel for Defendants*
13                                   *Matson Navigation Company, Inc. and*
                                     *Alexander & Baldwin, Inc.*
14

15

16  100492928_1.DOC

17

18

19

20

21

22

23  VRW; and *Winkler Woods, LLC v. Matson Navigation Co., Inc., et al.*, 08-cv-03169-VRW.

24    [2]    There are currently two MDL proceedings involving at least seventeen complaints alleging
     antitrust violations by the Matson and Horizon defendants in the noncontiguous domestic ocean

25  shipping industry.  *In Re: Hawaiian Cabotage Antitrust Litigation*, MDL No. 1970; *In Re: Pacific
     Ocean Cabotage Antitrust Litigation*, MDL No. 1972.  The *Steinberg* plaintiffs have been

26  identified as interested parties to both proceedings, while *TJ Gomes* has been identified as a
     potential tag-along action.

27    [3]    By filing this Notice of a Related Case, Defendants Matson Navigation Company, Inc. and

28  Alexander & Baldwin, Inc. do not consent to proceed before a United States Magistrate Judge.

3

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, Case No. 08-cv-02402-VRW and
08-cv-03597-JL