| Attorney or Party without Attorney:<br>Alex C. Turan (CSB# 227273)<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Attorney for: Plaintiff | Telephone<br>(415) 981-4800 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: TJ Gomes Trucking Co., Inc. v. Matson Navigation Company, Inc., et al | | |
| PROOF OF SERVICE | | Case Number: CIV 08 3597 JL |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Matson Navigation Company, Inc.
   b. Person Served: Mark Douglas Minor, Assistant General Counsel, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: July 30, 2008
   (2) TIME: 1:40pm
   (3) ADDRESS: Matson Navigation Company, Inc.
        555 12th Street
        Oakland, CA 94607

4. Witness fees were not demanded or paid.

Fee for Service: $145.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco Registration #: 1029

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: July 30, 2008 Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. CV 08 3597 JL

1. SUMMONS IN A CIVIL ACTION;
2. CLASS ACTION COMPLAINT;
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
4. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
5. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
6. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
7. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
8. ECF REGISTRATION INFORMATION HANDOUT;
9. UNITED STATES DISTRICT COURT FILING GUIDELINES;