```
GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
       TNicoud@gibsondunn.com
       RBrass@gibsondunn.com
       RJustice@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.
AND ALEXANDER & BALDWIN, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TJ GOMES TRUCKING CO., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC; HORIZON LINES, INC.; and HORIZON LINES, LLC,<br><br>Defendants. | Case No. CV 08-3597 JL<br><br>**STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE** |

WHEREAS TJ Gomes Trucking Co., Inc. ("Plaintiff") filed the above-captioned case on July 28, 2008;

WHEREAS Plaintiff alleges antitrust violations on behalf of purchasers of domestic containerized ocean shipping services for service between the continental United States and Hawaii ("Hawaiian Ocean Shipping");

1.   WHEREAS as of the date of this Stipulation, at least twenty class action complaints have been filed in this and other federal district courts on behalf of purchasers of Hawaiian Ocean Shipping (collectively "the Hawaiian Ocean Shipping Cases"), alleging violations of federal antitrust laws;

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation (the "Panel") to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

WHEREAS, a hearing on the motion for transfer was heard on July 31, 2008 before the Panel, and the cases are expected to be transferred by the end of August 2008;

WHEREAS plaintiff anticipates the possibility of a Consolidated Complaint in the Hawaiian Ocean Shipping Cases;

WHEREAS Plaintiff and Matson Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines, LLC, ("Defendants") have agreed that an orderly schedule for any response to the pleadings in the Hawaiian Ocean Shipping Cases would be more efficient for the parties and for the Court;

IN LIGHT OF THE MULTIPLICITY OF COMPLAINTS ON FILE AND THE PENDING MOTIONS BEFORE THE PANEL, PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.   The deadline for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Complaint in the Hawaiian Ocean Shipping Cases or whatever deadline is set by the transferee court, in the event the Panel grants the MDL Motion; or (2) forty-five days after Plaintiff provides written notice to Defendants that Plaintiff does not intend to file a Consolidated Complaint, provided however, that in the event that Defendants should agree to an earlier response date in any Hawaiian Ocean Shipping Case, Defendants will respond to the Complaint in the above-captioned case on that earlier date.

2. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: August __4__, 2008

GIBSON, DUNN & CRUTCHER LLP

/s/ Joel Sanders

Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:  (415) 393-8200
Facsimile:   (415) 986-5309

*Counsel for Defendants*
*Matson Navigation Company, Inc. and*
*Alexander & Baldwin, Inc.*

Dated: August __4__, 2008

McGUIREWOODS LLP

/s/ Darrel C. Menthe (by RSB)

Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone:  (312) 849-8100
Facsimile:   (312) 849-3690

*Counsel for Defendants*
*Horizon Lines, Inc. and Horizon Lines, LLC*

| | | |
|---|---|---|
| 1 | Dated: August __4__, 2008 | GIRARD GIBBS LLP |
| 2 | | |
| 3 | | /s/ Daniel C. Girard |
| 4 | | Daniel C. Girard |
| | | Alex C. Turan |
| 5 | | GIRARD GIBBS LLP |
| | | 601 California Street, Suite 1400 |
| 6 | | San Francisco, CA 94108 |
| | | Telephone: (415) 981-4800 |
| 7 | | Facsimile: (415) 981-4846 |
| 8 | | *Counsel for Plaintiff TJ Gomes Trucking Co., Inc.* |

4

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE; Case No. CV 08-3597 JL