AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

### NORTHERN DISTRICT OF CALIFORNIA

TJ GOMES TRUCKING CO., INC., Individually )
and on Behalf of all Others Similarly Situated )
)
)
)
Plaintiff )
v. ) Civil Action No. CV 08 3597   JL
MATSON NAVIGATION COMPANY, INC., )
ALEXANDER & BALDWIN, INC., HORIZON )
LINES, INC., and HORIZON LINES, LLC. )
)
Defendant )

**Summons in a Civil Action**

To: Matson Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines, LLC.
    *(Defendant's name)*

A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel C. Girard
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 8 2008

Richard W. Wieking
Name of clerk of court
ANNA SPRINKLES
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Horizon Lines, Inc.** by:

  (1) personally delivering a copy of each to the individual at this place, _____; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **CT Corporation System, registered agent**; or

  (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: **8/6/08**

_____
Server's signature

**Bradley King - Professional Process Server**
Printed name and title

5 W. Hargett St., Ste. 401
Raleigh NC 27601
Server's address