AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

TJ GOMES TRUCKING CO., INC., Individually
and on Behalf of all Others Similarly Situated

Plaintiff

v.

MATSON NAVIGATION COMPANY, INC.,
ALEXANDER & BALDWIN, INC., HORIZON
LINES, INC., and HORIZON LINES, LLC.

Defendant

**JL**

Civil Action No. **CV 08 3597**

## Summons in a Civil Action

To:  Matson Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines, LLC.

*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel C. Girard
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

**ANNA SPRINKLES**

JUL 2 8 2008

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _Horizon Lines, LLC_
by:

   (1) personally delivering a copy of each to the individual at this place, _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _CT Corporation System, registered agent_ ; or

   (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


Date: _8/6/08_

_Bradley King_
Server's signature

_Bradley King - Professional Process Server_
Printed name and title

_5 W. Hargett St, Ste. 401_
_Raleigh, NC 27601_

Server's address