AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

TJ GOMES TRUCKING CO., INC., Individually
and on Behalf of all Others Similarly Situated

        Plaintiff
        v.
MATSON NAVIGATION COMPANY, INC.,
ALEXANDER & BALDWIN, INC., HORIZON
LINES, INC., and HORIZON LINES, LLC.

        Defendant

Civil Action No. CV 08 3597 JL

**Summons in a Civil Action**

To: Matson Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines, LLC.
    *(Defendant's name)*

A lawsuit has been filed against you.

*Charles W. Loomis, Ass. Sec'ty.*

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel C. Girard
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 2 8 2008

ANNA SPRINKLES
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

Case No.: CV08-3597 JL

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Alexander & Baldwin Inc.** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Charles W. Loomis (Registered Asst. Sec.)** ; or at the address of 822 Bishop St., Hon. HI 96813 on AUG 1 4 2008 at 11:50 A.M.

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 8/14/08

Server's signature

Jacinto Carrasco
Civil Process Server
Printed name and title

P. O. Box 4302
Honolulu, HI 96812
Tel: (808) 521-5800

Server's address