Daniel C. Girard (State Bar No. 114826)
Alex C. Turan (State Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff TJ Gomes Trucking Co., Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJ GOMES TRUCKING CO., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, INC.; HORIZON LINES, LLC; and DOES 1 TO 10,<br><br>Defendants. | Case No. CV 08-3597 VRW<br><br>**ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b)** |

Pursuant to Civil local Rule 16-8(b) and ADR Local Rule 3-5(b), plaintiff TJ Gomes Trucking Co., Inc. and its undersigned counsel hereby certify that they have:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" or the portions of the ADR internet site *www.adr.cand.uscourts.gov* specified on the site as necessary to comply with these Local Rules;

(2) Discussed the available dispute resolution options provided by the Court and private parties; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 27, 2008            As to Plaintiff:        TJ Gomes Trucking Co., Inc.

By: _____/s/ *Terrance Gomes*_____
Terrance Gomes its president

Dated: August 27, 2008            As to Counsel for Plaintiff:

By: _____/s/ Alex C. Turan_____
Daniel C. Girard
Alex C. Turan
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiff TJ Gomes Trucking Co., Inc.*

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this ADR Certification Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b). In compliance with General Order 45, X.B., I hereby attest that Terrance Gomes, president of plaintiff TJ Gomes Trucking Co., Inc. in this action, have concurred in this filing.

By: _____/s/ Alex C. Turan_____
Alex C. Turan

# CERTIFICATE OF SERVICE

I, Anne-Michele von Goetz, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States and am over the age of 18 years. I am employed in the County of San Francisco by Girard Gibbs LLP, located at 601 California Street, 14th Floor, San Francisco, California 94108, whose members are members of the State Bar of California and this Court, and at whose direction service is made. I am not a party to this action. On August 27, 2008, I caused the following document to be electronically filed using the CM/ECF System:

1. ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b); and

2. CERTIFICATE OF SERVICE

Notice of this filing will be sent by the ECF system to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Dated: August 27, 2008:                    By: _____/s/   Anne-Michele von Goetz_____
                                                          Anne-Michele von Goetz